UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY LIMON, | ) CASE NO. CV 16-7436-VAP (PJW) |
| Petitioner, | ) ORDER TO SHOW CAUSE WHY PETITION |
| v. | ) SHOULD NOT BE DISMISSED |
| KELLY SANTORO, WARDEN, | ) |
| Respondent. | ) |

On October 4, 2016, Petitioner filed a Petition for Writ of Habeas Corpus, challenging his conviction in February 2006 for first degree murder with special circumstances and resultant life sentence. (Petition at 2.) Petitioner contends that there was insufficient evidence to support the special circumstances allegations, the jury instructions were erroneous, he was convicted on an overly vague aiding and abetting theory, and he received ineffective assistance of counsel at trial and on appeal. (Petition at 4, 6-7.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction

became final on May 12, 2009--90 days after the California Supreme Court denied his petition for review and the time expired for him to file a petition for writ of certiorari in the United States Supreme Court.  *See, e.g., Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir. 2005).  Therefore, the statute of limitations expired one year later, on May 12, 2010.  *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001).  Petitioner, however, did not file this Petition until October 4, 2016, more than six years after the deadline.[1]

IT IS THEREFORE ORDERED that, no later than **November 10, 2016,** Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations.  Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: October 11, 2016

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\LIMON, R 7436\OSC dismiss pet.wpd

---

[1] The Court notes that Petitioner filed a motion for a stay and abeyance together with the Petition.  If necessary, the Court will address that motion after the resolution of the timeliness question.

2